# UNITED STATES BANKRUPTCY COURT

### Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address) | ) |
| Gary E. Pettiford Sr. | ) |
| xxx–xx–0256 | ) |
| 2010 Wilno Street | ) Case Number: 16–11924–reg |
| Marion, IN 46952 | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Chapter: 7 |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## NOTICE TO ADDITIONAL CREDITORS

An order for relief under Chapter 7 of the Bankruptcy Code was entered on a petition filed by the above–captioned debtor(s) on September 8, 2016 , and an amendment to the schedules listing additional creditors was filed on August 1, 2017 .

NOTICE IS HEREBY GIVEN THAT:

1.   The § 341 meeting of creditors was set for July 18, 2017 , at 10:30 a..m. at Federal Building, Room 1194, 1300 South Harrison Street, Fort Wayne, Indiana, 46802.

2.   The last day for filing a complaint to determine dischargeability of debts pursuant to 11 U.S.C. § 523(c) is December 12, 2016 . *If this date passed before the date of this Notice, your right to have a debt excepted from discharge may be preserved under 11 U.S.C. § 523(a)(3).*

3.   The last day for filing objections to the discharge of the debtor(s) pursuant to 11 U.S.C. § 727 is December 12, 2016 . *If this date passed before the date of this Notice, you may have the right to file a proceeding for revocation of the debtor(s)' discharge under 11 U.S.C. § 727(d).*

4.   In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property as provided in 11 U.S.C.§ 362(a).

5.   It appears from the schedules of the debtor that there are <u>NO ASSETS</u> from which any dividend can be paid to creditors. It is not necessary for any creditor to file a claim at this time. If it subsequently appears that there are assets from which a dividend may be paid, creditors will be so notified and given opportunity to file a claim, in duplicate, on Official Form No. 410.

Dated: August 8, 2017

Christopher M. DeToro

_____
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 76