## UNITED STATES BANKRUPCTY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| GARY E. PETTIFORD, SR. | )    CASE NO. 16-11924-REG |
| | )    Chapter 7 |
| DEBTOR. | ) |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

Martin E. Seifert, Trustee, files his Trustee's Application for Compensation and Expenses. As his application, the Trustee states as follows:

1. Martin E. Seifert was appointed as Trustee in the above-referenced bankruptcy case on or about September 8, 2016.

2. In the administration of the estate, the Trustee has received $4,210.63.

3. Pursuant to 11 U.S.C. §326(a), the Trustee requests that the Court allow his statutory compensation of $1,052.66, and expenses in the amount of $160.56 (see attached). The Trustee's compensation and expenses will be paid from the funds already received.

**WHEREFORE**, the Trustee respectfully requests the Court allow the statutory fee of $1,052.66, and expenses in the amount of $160.56.

**DATED**: January 2, 2019

**Respectfully submitted,**

**CHAPTER 7 TRUSTEE**
**444 E. MAIN ST.**
**FORT WAYNE, IN 46802**
**TELEPHONE: (260) 426-0444**
**FAX: (260) 426-0274**
**EMAIL: mseifert@hallercolvin.com**

**By:  /s/ MARTIN E. SEIFERT**
       **MARTIN E. SEIFERT**
       **I.D. #16857-02**

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Trustee's Application for Compensation and Expenses has been sent by first-class United States mail, postage prepaid, or electronically by the Court's electronic case filing system, this 2nd day of January, 2019, to:

>Bruce E. Mclane, Esq.
>312 South Washington St.
>Marion, IN 46952
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601

>/s/ **MARTIN E. SEIFERT**
>**MARTIN E. SEIFERT**

Printed: Jan 2 2019 9:53AM  **Trustee's Compensation**

**Debtor:** GARY E. PETTIFORD, SR.                                    **Case**: 16-11924-REG

| **Computation of Compensation** | |
|---|---:|
| Total disbursements to other than the debtor are: | $4,210.63 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | |
| 25% of first $4,210.63 | $1,052.66 |
| 10% of next $0.00 | $0.00 |
| 5% of next $0.00 | $0.00 |
| 3% of next $0.00 | $0.00 |
| **Calculated Total Compensation:** | $1,052.66 |
| Plus Adjustment: | $0.00 |
| **Total Compensation:** | $1,052.66 |
| Less Previously Paid: | $0.00 |
| **Total Compensation Requested:** | $1,052.66 |
| **Trustee Expenses** | |
| COPIES                562  @ $0.20 | $112.40 |
| POSTAGE                1  @ $48.16 | $48.16 |
| **Subtotal Expenses:** | $160.56 |
| Plus Adjustment: | $0.00 |
| **Total Expenses:** | $160.56 |
| Less Previously Paid: | $0.00 |
| **Total Expenses Requested:** | $160.56 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $1,052.66 as compensation and $160.56 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation or to be received.

Dated:    01/02/2019                    Signed:    /s/Martin E. Seifert
                                                    Martin E. Seifert
                                                    Chapter 7 Bankruptcy Trustee
                                                    444 E. Main St.
                                                    Fort Wayne, IN 46802

## UNITED STATES BANKRUPCTY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| GARY E. PETTIFORD, SR. | )   CASE NO. 16-11924-REG |
| | )   Chapter 7 |
| DEBTOR. | ) |

## AFFIDAVIT OF MARTIN E. SEIFERT, TRUSTEE

I, Martin Edward Seifert, Trustee, being duly sworn upon my oath, state as follows:

1. I was appointed as Trustee in the above bankruptcy proceeding on or about September 8, 2016.

2. I do not have an interest adverse to the estate in regard to the matters for which I have been appointed and am a disinterested person pursuant to 11 U.S.C. §101(14).

3. No agreement or understanding exists between me and any other person for division of compensation and no division of compensation shall be made by me except as permitted by 11 U.S.C. §504 and by Bankruptcy Rule 2016(a).

4. No agreement, express or implied, has been made by me in excess of the compensation allowed by law or in violation of 18 U.S.C. §155.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

**DATE**: January 2, 2019

/s/ Martin E. Seifert
**MARTIN E. SEIFERT, Trustee**

Subscribed and sworn to before me, a Notary Public in and for said County and State, this 2nd day of January, 2019.

/s/ Rebeca Gonzales
Rebeca Gonzales, Notary Public
Commission Number: 649997

My Commission Expires: January 2, 2022
Resident of: Allen County, Indiana